

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 24, 2022

**By E-Mail**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Ryan Michael Sheafe*, 22 Mag. 2737

Dear Judge Krause:

     In light of the arrest of the defendant this morning in the above-referenced case, the Government respectfully requests that the complaint be unsealed.

SO ORDERED.

*/s/ Andrew Krause*
_____
ANDREW E. KRAUSE
United States Magistrate Judge

Dated: March 24, 2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Kevin Sullivan
Assistant United States Attorney
(914) 993-1924